NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY N. SHIELDS,**
*Claimant-Appellant*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2016-1072

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-1704, Chief Judge Lawrence B. Hagel.

---

**JUDGMENT**

---

ROBERT PAUL WALSH, Law Office of Robert P. Walsh, Battle Creek, MI, argued for claimant-appellant.

MARK E. PORADA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; Y. KEN LEE, BRANDON A. JONAS, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 9, 2016                          /s/ Peter R. Marksteiner
Date                                          Peter R. Marksteiner
                                                  Clerk of Court